**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Erlon Abraao MONTEIRO, Defendant–Appellant.**

**No. 11–11975**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 9, 2011.

Wifredo A. Ferrer, U.S. Attorney, Kathleen M. Salyer, U.S. Attorney's Office, Miami, FL, Antonia J. Barnes, Ellen L. Cohen, Anne R. Schultz, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Randee Jill Golder, Randee J. Golder, PA, Boynton Beach, FL, Erlon Abraao Monteiro, McRae Cf, McRae, GA, for Defendant–Appellant.

Before BARKETT, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Randee J. Golder, appointed counsel for Erlon Abraao Monteiro in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Monteiro's convictions and sentences are **AFFIRMED.**